IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHACOYA MONTGOMERY,**

    **Plaintiff,**

v.                                      Case No. 1:23-cv-38-AW-MAF

**OFFICER JOHN GUYTON,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the report and recommendation (ECF No. 20), to which there has been no objection, the court now orders the following:

1. The report and recommendation is adopted and incorporated into this order.

2. Plaintiff's motion to dismiss (ECF No. 18) is GRANTED.

3. Plaintiff's claims and Defendant's counterclaim are dismissed without prejudice. If Plaintiff refiles (as she has said she will), Defendant may replead his counterclaim with additional allegations. Alternatively, if Defendant wishes to pursue his claim independently, he may file a new action in a court with jurisdiction.

4. The clerk will enter judgment that says, "All claims are dismissed without prejudice."

5. The clerk will then close the file.

1

SO ORDERED on December 11, 2023.

s/ *Allen Winsor*  
United States District Judge